In re RICHARDSON. (Supreme Court, Appellate Division, First Department. January 29, 1907.) In the matter of Benjamin Richardson. No opinion. Motion denied. Order filed.

RIPLEY, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by David Ripley against James A. Smith, and others. No opinion. Motion for resettlement of order denied.

In re ROCHESTER, C., E. TRACTION CO. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) In the matter of the application of, etc., the Rochester, Corning, Elmira Traction Company for an order directing the board of railroad commissioners to issue a certificate of public convenience and necessity, under section 59 of the railroad law. No opinion. Order to show cause, returnable January 28, 1907, granted.

ROSENSTEIN, Respondent, v. NELSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1907.) Action by Israel J. Rosenstein against John F. Nelson. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROSENTHAL v. KOUBA et al. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Sigmund Rosenthal against Emil Kouba and another. No opinion. Application denied, with $10 costs. Order signed.

ROSSENBACH v. SUPREME COURT, I. O. F. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Theresa Rossenbach against the Supreme Court of Independent Order of Foresters. No opinion. Motion for reargument denied, with $10 costs. Motion to amend decision and order denied. For former opinion, see 101 N. Y. Supp. 890.

RULEFF, Appellant. v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Cora E. Ruleff, as, etc., against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
SPRING, J., dissents. ROBSON, J., not sitting.

SCHAEFFER, Respondent, v. BOULLE, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by John W. Schaeffer against Henri E. Boulle. E. Hymes, for appellant. A. L. Jacobs, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHLESINGER v. BURNS. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by Leo Schlesinger against Charles O. Burns. No opinion. Motion

denied on payment of $10 costs and on payment of an additional $10; leave given to apply below to open default. Order filed.

SCHNEIDER, Respondent, v. HEILBRON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) Action by George W. Schneider against Mary Heilbron and others. No opinion. Motion to modify decision and judgment granted. For former opinion, see 101 N. Y. Supp. 152.

SCHOMACKER v. MICHAELS. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by Dierck Schomacker against Sophia Michaels. No opinion. Motion for leave to appeal to Court of Appeals granted. Order filed.

SCHRAENKLER, Respondent, v. NATIONAL CAR WHEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by John Peter Schraenkler against the National Car Wheel Company.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., not sitting.

SCHREIBER, Respondent, v. ELKIN, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Isaac Schreiber against Julia Elkin. S. F. Kneeland, for appellant. J. R. Schiff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHAUGHNESS, Respondent, v. LIEBLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Charles Shaughness against Theodore A. Liebler and another. No opinion. Judgment and order unanimously affirmed, with costs.

SHAUGHNESS, Respondent, v. LIEBLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Charles Shaughness against Theodore A. Liebler and another. No opinion. Motion for leave to appeal to the Court of Appeals denied.

In re SLATER. (Supreme Court, Appellate Division, First Department. January 18, 1907.) In the matter of John Slater, deceased. No opinion. Motion granted, without costs. Settle order on notice.

SMITH, Respondent, v. BARBER, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by William W. Smith against Amzi L. Barber. W. W Niles, for appellant. A. G. Fox, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SMITH, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Third De-